UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2010-01
JANUARY 25, 2011 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:11-00016
    21 U.S.C. § 841(a)(1)

CHRISTOPHER SPRINGFIELD,
  also known as "Christopher Smith"

## I N D I C T M E N T

The Grand Jury Charges:

On or about July 30, 2010, at or near Danville, Boone County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER SPRINGFIELD, also known as "Christopher Smith," knowingly and intentionally possessed with intent to distribute 28 grams or more of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

R. BOOTH GOODWIN II
United States Attorney

By: _____
JOHN J. FRAIL
Assistant United States Attorney