# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 7/20/2011                                                                  Case Number 2:11-cr-16
Case Style: USA vs. Christopher Springfield
Type of hearing Sentencing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                                      Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government John J. Frail


Attorney(s) for the Defendant(s) David R. Bungard


Law Clerk Rachel Zimarowski                                                      Probation Officer Ruth Loftis

## Trial Time



## Non-Trial Time



## Court Time

10:03 am   to 10:29 am
Total Court Time: 0 Hours 26 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 10:03 a.m.
Defendant present in person and by counsel for sentencing as to Count One.
Defendant placed under oath.
Court addresses PSR; no remaining objections.
Defendant's Exhibit 1 marked and admitted.
Court adopts findings in PSR.
Court adjudges Defendant guilty pursuant to prior plea.
Court makes U.S.S.G. findings as follows:
    Total Offense Level: 23
    Criminal History: VI
    Custody Range: 92-115 months
    Supervised Release Range: 4-5 years
    Fine Range:  $10,000 - $2,000,000
    Assessment:  $100
Defendant speaks on own behalf.
Counsel speak before sentence is imposed.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
    Custody: 92 months

## District Judge Daybook Entry

    Supervised Release: 5 years
    Fine: none imposed
    Assessment: $100
Court states reasons for sentence imposed.
Defendant remanded.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 10:29 a.m.