FEDERAL CORRECTIONAL INSTITUTION MCKEAN

NAME _Christopher Springfield_

FED REG # _10461088_

PO BOX 8000

BRADFORD, PA. 16701

FILED

APR - 4 2013

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

DEAR SIR / MADAM,

MY NAME IS _Christopher Springfield_ .

DOCKET # _2:11-Cr-00016_ . I WAS SENTENCED ON _July, 20, ~~~~ 2011_

BY THE HONORABLE JUDGE _Thonston_ . I WOULD LIKE TO REQUEST

MY DOCKET DATA SHEET, MY JUDGEMENT AND COMMITMENT AND MY SENTENCING

TRANSCRIPT. WOULD YOU PLEASE HELP ME OBTAIN THESE DOCUMENTS. I WILL

COMPLY WITH ANY RULES AND / OR FEES, IF ANY.

I THANK YOU IN ADVANCE FOR YOUR TIME IN THIS MATTER.

ATT: _Christopher Springfield_

I Am Indigent At the time.
I can't pay for Nothing

Federal Correctional Institution McKean
Name: Christine Springfield
Reg. #: 10461088
PO Box 8000
Bradford, PA 16701

ERIE PA 165

02 APR 2013 PM 2 T



⟨⟩ 10461-088 ⟨⟩
Clerk Of Courts
300 Virginia ST E
Charleston, WV 25301
United States